IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL D. COLLINS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:20-CV-357-WKW |
| ) | [WO] |
| ROBERT HENLINE, TRACY ) | |
| JACKSON, SUSAN MONCRIEF, ) | |
| JAMES STROUD, CAPTAIN ) | |
| TUCK, LT. WATKINS, ) | |
| LIEUTENANT RICHARDSON, ) | |
| SGT. HEARD, SGT. RAGSDALE, ) | |
| SGT. DAVIDSON, SGT. HAYNIE, ) | |
| OFFICER SHULLE, OFFICER ) | |
| PATTEN, OFFICER RYAN, ) | |
| OFFICER TIDWELL, OFFICER ) | |
| WELDON, OFFICER EVANS, ) | |
| OFFICER RICKS, OFFICER ) | |
| KODYA, OFFICER TEMPLIN, ) | |
| OFFICER UNGER, OFFICER ) | |
| HILL, OFFICER OLIVER, ) | |
| OFFICER CARLTON, OFFICER ) | |
| ROY, OFFICER THORNTON, ) | |
| OFFICER CASABLANCO, ) | |
| WARDEN ESTES, OFFICER ) | |
| BELL, and KAY IVEY, ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

On July 30, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 8.) Upon an independent review of the

record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.[1]

Final judgment will be entered separately.

DONE this 31st day of August, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

---

[1] The Magistrate Judge's Report and Recommendation (Doc. # 8) was mailed to Plaintiff at his address of record, but it was returned as undeliverable. Plaintiff's failure to keep the court apprised of his current address is an additional basis for dismissal because it is tantamount to a failure to prosecute and/or an abandonment of the case. (*See* Doc. # 5 (ordering "that the plaintiff shall immediately inform the court and the defendants or, if counsel has appeared on behalf of the defendants, counsel of record of any change in his address. Failure to provide a correct address to the court within ten (10) days following any change of address will result in the dismissal of this action.").)